**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |  |
|---|---|---|
| **SEAN GRANT,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:25-CV-00039-ADA-DNM** |
| | § | |
| **WILLIAMS TOWING & RECOVERY** | § | |
| **LLC and HWY 195 USED AUTO** | § | |
| **PARTS, INC. D/B/A NEW 2 YOU** | § | |
| **AUTO SALES,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan MacLemore (Dkt. 39). The report recommends that Sean Grant ("Grant" or "Plaintiff")'s Partial Motion for Summary Judgment against Williams Towing & Recovery LLC ("Williams Towing") and Hwy 195 Used Auto Parts, Inc. d/b/a New 2 You Auto Sales ("New 2 You") (Dkt. 27) be **GRANTED IN PART** and **DENIED IN PART.** Specifically, the report recommends that this Court **GRANT** Plaintiff's Motion as to Williams Towing and **DENY** the Motion as to New 2 You. Dkt. 39 at 9. The report was filed on February 27, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 9, 2026. Dkt. 40. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 39), Plaintiff's objections (Dkt. 40), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 39) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Grant's Motion for Summary Judgment as to Williams Towing is hereby **GRANTED**, and Grant's Motion as to New 2 You is hereby **DENIED.**

**SIGNED** this 15th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE